```
MELISSA DAWN QUAVE              MERCHANTS ADJ SERVICE
DAVID RYAN QUAVE                P.O. BOX 7511
21844 BLACKWELL FARM RD         MOBILE, AL 36670
SAUCIER, MS 39574


THOMAS C. ROLLINS, JR.          MOHELA
THE ROLLINS LAW FIRM, PLLC      633 SPIRIT DRIVE
P.O. BOX 13767                  CHESTERFIELD, MO 63005
JACKSON, MS 39236


ALL IN CREDIT UNION             RELIASTAR LIFE INSURAN
ATTN: BANKRUPTCY                P.O. BOX 1559
PO DRAWER 8                     HARTFORD, CT 06144-1559
DALEVILLE, AL 36322


CADENCE BANK                    SMB RADIOLOGY
ATTN: BANKRUPTCY                P.O. BOX 1330
P.O. BOX 789                    GULFPORT, MS 39502
TUPELO, MS 38802


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850


COMMUNITY BANK
ATTN: BANKRUPTCY
1905 COMMUNITY
 BANK WAY
FLOWOOD, MS 39232


FRIGO ORTHODONTICS
1752 MEDICAL PARK DR
BILOXI, MS 39532



KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534



MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502
```