IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Melissa Dawn Quave                                  Case No. 25-51449-KMS
         David Ryan Quave, Debtors                           CHAPTER 13

## SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Melissa Dawn Quave, Debtor and spouse of David Ryan Quave, Joint Debtor, notes the death of David Ryan Quave on October 18, 2025, during the pendency of this action. In accordance with Rule 1016 of the Federal Rules of Bankruptcy Procedure, Melissa Dawn Quave believes that further administration of this case is possible and is in the best interest of the Debtor. Melissa prays that the case proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

                                        Respectfully submitted,

                                By:     /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)
                                        Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533