## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:  Melissa Dawn Quave and David Ryan Quave | CHAPTER 13 |
| Debtors | CASE NO. 25-51449-KMS |

### NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Charles Frank Fair Barbour and enters his appearance as counsel for Cadence Bank in the above referenced proceeding. Pursuant to the Bankruptcy Rules, we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Respectfully submitted,

UNDERWOOD LAW FIRM, PLLC

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

### CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day, that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties having made an appearance herein.

/s/ Charles Frank Fair Barbour