# PROCEEDING MEMO – CHAPTER 13 341A MEETING OF CREDITORS

DATE/TIME OF MEETING:    10/24/2025 10:00:00

IN RE: MELISSA DAWN and DAVID RYAN QUAVE  
21844 BLACKWELL FARM RD  
SAUCIER, MS 39574

CASE NO: 25-51449-KMS

1. NAME OF ATTORNEY FOR DEBTOR(S):  Thomas Carl Rollins, Jr., Esq. Atty for the Debtor(s), MSB #103469 P O Box 13767 Jackson, MS 39236

2. CASE FILED ON: 09/30/2025

3. APPEARANCES:

    ( ) DEBTOR(S)  
    (✓) ATTORNEY FOR DEBTOR(S)  
    ( ) CREDITORS: _____

    ( ) PREVIOUS FILINGS  
    ( ) CORRECT FORMS OF ID

4. MEETING CONCLUDED:    YES_____    NO ___✓___

    _____ CASE TO BE DISMISSED _____

    _____ REASON: _____

OR

    _✓_ MEETING TO BE CONTINUED/RESET TO:  11-14-25 @ 11:30 AM

5. PAYMENTS PAID IN TO DATE: _____

TRUSTEE NOTES: _____

TRACK # 2507

FOLLOW-UP:_____

25-51449-KMS