WWR# 041991789

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

| | |
|---|---|
| IN RE: | CASE NO. 25-51449-KMS |
| MELISSA DAWN QUAVE | CHAPTER 13 |
| DAVID RYAN QUAVE | JUDGE KATHARINE M. SAMSON |
| DEBTOR(S) | |

### **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, ALL IN CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for ALL IN CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 24th day of November, 2025 addressed to:

THOMAS CARL ROLLINS JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

WARREN A. CUNTZ JR., Trustee
PO BOX 3749
GULFPORT, MS 395053749

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

MELISSA DAWN QUAVE
21844 BLACKWELL FARM RD
SAUCIER, MS 39574-6528

DAVID RYAN QUAVE
21844 BLACKWELL FARM RD
SAUCIER, MS 39574-6528

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com