## Proceeding Minutes / Proceeding Memo

**Case #:** 25-51449  **Case Name:** Melissa Dawn Quave and David Ryan Quave

**Set:** 12/04/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9]Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)