United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51449-KMS
Melissa Dawn Quave  Chapter 13
David Ryan Quave
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 08, 2025     Form ID: n031     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa Dawn Quave, David Ryan Quave, 21844 Blackwell Farm Rd, Saucier, MS 39574-6528 |
| 5580049 | + | Charles Frank Fair Barbour, Esq., UNDERWOOD LAW FIRM, PLLC, Counsel for Cadence Bank, Post Office Box 1874, Madison, Mississippi 39130-1874 |
| 5580710 | + | Community Bank of Mississippi, Att: Angie Lindsey, 732 Howard Ave, Biloxi, MS 39530-3820 |
| 5569497 | + | Frigo Orthodontics, 1752 Medical Park Dr, Biloxi, MS 39532-2131 |
| 5569499 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5569502 | | ReliaStar Life Insuran, P.O. Box 1559, Hartford, CT 06144-1559 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | Dec 08 2025 19:30:00 | ALL IN CREDIT UNION, c/o Weltman, Weinberg, and Reis Co., L.P, 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/Text: mtgbankruptcy@cadencebank.com | Dec 08 2025 19:30:00 | Cadence Bank, P.O. Box 789, Tupelo, MS 38802-0789 |
| 5594257 | + | Email/Text: BKRMailOps@weltman.com | Dec 08 2025 19:30:00 | ALL IN CREDIT UNION, c/o Weltman, Weinberg and Reis co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 5569493 | | Email/Text: AllInBankruptNotifications@allincu.com | Dec 08 2025 19:30:00 | All in Credit Union, Attn: Bankruptcy, Po Drawer 8, Daleville, AL 36322 |
| 5569494 | + | Email/Text: mtgbankruptcy@cadencebank.com | Dec 08 2025 19:30:00 | Cadence Bank, Attn: Bankruptcy, P.O. Box 789, Tupelo, MS 38802-0789 |
| 5569495 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2025 19:33:54 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5569496 | + | Email/Text: jill.johnson@communitybank.net | Dec 08 2025 19:30:00 | Community Bank, Attn: Bankruptcy, 1905 Community, Bank Way, Flowood, MS 39232-1220 |
| 5580527 | + | Email/Text: RASEBN@raslg.com | Dec 08 2025 19:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5569498 | + | Email/Text: melissa.martin@kfcu.org | Dec 08 2025 19:30:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 5569500 | | Email/Text: sheri@masinc.org | Dec 08 2025 19:30:00 | Merchants ADJ Service, P.O. Box 7511, Mobile, AL 36670 |
| 5569501 | | Email/Text: EBN@Mohela.com | Dec 08 2025 19:30:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: n031 | Total Noticed: 17 |
| TOTAL: 11 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5580050 | *+ | Charles Frank Fair Barbour, Esq., UNDERWOOD LAW FIRM, PLLC, Counsel for Cadence Bank, Post Office Box 1874, Madison, Mississippi 39130-1874 |
| 5569503 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | on behalf of Creditor Cadence Bank cbarbour@underwoodlawfirm.com bankruptcies@underwoodlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor David Ryan Quave trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Melissa Dawn Quave trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51449−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Melissa Dawn Quave<br>21844 Blackwell Farm Rd<br>Saucier, MS 39574 | David Ryan Quave<br>21844 Blackwell Farm Rd<br>Saucier, MS 39574 |

## Notice of Entry of Order Confirming Plan

The Court entered an Order on December 8, 2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: December 8, 2025                                      Danny L. Miller, Clerk of Court