## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Melissa Dawn Quave | Case No. 25-51449-KMS |
| David Ryan Quave, Debtors | CHAPTER 13 |

### MOTION TO WAIVE REQUIREMENT TO OBTAIN INSTRUCTIONAL COURSE IN PERSONAL FINANCIAL MANAGEMENT

COMES NOW, Melissa Dawn Quave, Debtor, through counsel, and respectfully moves this Court to waive the requirement for Co-Debtor, David Ryan Quave, to obtain instructional course in personal financial management, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on September 30, 2025, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. On or about October 23, 2015, a Suggestion of Death was filed for Co-Debtor, David Ryan Quave (Dk #15).

WHEREFORE, Debtor prays for an Order to waive the requirement for Co-Debtor, David Ryan Quave, to obtain instructional course in personal financial management and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Waive Requirement to Obtain Instructional Course in Personal Financial Management was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr. (MSBN 103469)