_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 2, 2026**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Melissa Dawn Quave                                    Case No. 25-51449-KMS
         David Ryan Quave, Debtors                                     CHAPTER 13

## ORDER ON MOTION TO WAIVE REQUIREMENT

THIS CAUSE, having come on this date on the Debtors' Motion to Waive Requirement to Obtain Instructional Course in Personal Financial Management as to Co-Debtor, David Ryan Quave (DK #**28**), and the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Waive Requirement to Obtain Instructional Course in Personal Financial Management as to Co-Debtor, David Ryan Quave, is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR