# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Melissa Dawn Quave                                           Case No. 25-51449-KMS
         David Ryan Quave, Debtors                                                CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: January 14, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Melissa Dawn Quave                                    Case No. 25-51449-KMS
         David Ryan Quave, Debtors                             CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on September 30, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. That the claim bar date was December 9, 2025. That the Government bar date is March 30, 2026.

3. Debtors wish to reduce the terms of the plan to end once the Government bar date passes.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on January 14, 2026, to:

By Electronic CM/ECF Notice:

  Warren Cuntz

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELISSA DAWN QUAVE
DAVID RYAN QUAVE

CASE NO: 25-51449-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 1/14/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/14/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELISSA DAWN QUAVE
DAVID RYAN QUAVE

CASE NO: 25-51449-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 1/14/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/14/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51449-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED JAN 14 12-19-24 PST 2026 | ALL IN CREDIT UNION<br>CO WELTMAN WEINBERG AND REIS CO LP<br>5990 WEST CREEK RD SUITE 200<br>INDEPENDENCE OH 44131-2191 | CADENCE BANK<br>PO BOX 789<br>TUPELO MS 38802-0789 |

EXCLUDE

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

ALL IN CREDIT UNION
CO WELTMAN WEINBERG AND REIS CO LPA
5990 WEST CREEK RD SUITE 200
INDEPENDENCE OH 44131-2191

(P)ALL IN FEDERAL CREDIT UNION
PO DRAWER 8
DALEVILLE AL 36322-0008

CADENCE BANK
ATTN BANKRUPTCY
PO BOX 789
TUPELO MS 38802-0789

CHARLES FRANK FAIR BARBOUR ESQ
UNDERWOOD LAW FIRM PLLC
COUNSEL FOR CADENCE BANK
POST OFFICE BOX 1874
MADISON MISSISSIPPI 39130-1874

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

COMMUNITY BANK
ATTN BANKRUPTCY
1905 COMMUNITY
BANK WAY
FLOWOOD MS 39232-1220

COMMUNITY BANK OF MISSISSIPPI
ATT ANGIE LINDSEY
732 HOWARD AVE
BILOXI MS 39530-3820

FRIGO ORTHODONTICS
1752 MEDICAL PARK DR
BILOXI MS 39532-2131

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
ROBERTSON ANSCHUTZ SCHNEID CRANE PA
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT MS 39502-1810

(P)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

RELIASTAR LIFE INSURAN
PO BOX 1559
HARTFORD CT 06144-1559

EXCLUDE

SMB RADIOLOGY
PO BOX 1330
GULFPORT MS 39502-1330

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

DAVID RYAN QUAVE
21844 BLACKWELL FARM RD
SAUCIER MS 39574-6528

DEBTOR

MELISSA DAWN QUAVE
21844 BLACKWELL FARM RD
SAUCIER MS 39574-6528

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

EXCLUDE

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~