**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Melissa Dawn Quave                                  Case No. 25-51449-KMS
         David Ryan Quave, Debtors                                      CHAPTER 13

**ORDER TEMPORARILY SUSPENDING WAGE ORDER AND**
**HOLDING DISTRIBUTIONS TO UNSECURED CREDITORS**

THIS MATTER came before the Court on the Motion to Temporarily Suspend Wage Order and to Hold Distributions to Unsecured Creditors (the "Motion") filed by Debtor Melissa Dawn Quave. The Court, having considered the Motion, the record in this case, and being otherwise fully advised in the premises, finds that the relief requested is well taken and should be granted.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:  The wage order entered in this case is TEMPORARILY SUSPENDED, effective immediately and shall be released by separate order of the court. The Chapter 13 Trustee is authorized and directed to hold distributions to unsecured creditors until after the governmental claims bar date has passed and the total amount of allowed claims in the case can be finally determined. This Order is entered without prejudice to the Trustee's right to resume the wage order or make distributions if additional allowed claims are filed or if further payments are determined to be required under the plan. The Court retains jurisdiction to enforce and interpret this Order.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236, 601-500-5533
ATTORNEY FOR DEBTORS