# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Melissa Dawn Quave                                    Case No. 25-51449-KMS
          David Ryan Quave, Debtors                              CHAPTER 13

## NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: January 22, 2026            Signature:    /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                Jennifer A Curry Calvillo (MSBN 104367)
                                                The Rollins Law Firm, PLLC
                                                P.O. Box 13767
                                                Jackson, MS 39236
                                                trollins@therollinsfirm.com
                                                601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Melissa Dawn Quave                      Case No. 25-51449-KMS
             David Ryan Quave, Debtors                          CHAPTER 13

## MOTION TO TEMPORARILY SUSPEND WAGE ORDER AND TO HOLD DISTRIBUTIONS TO UNSECURED CREDITORS

COMES NOW the Debtor, Melissa Dawn Quave, by and through undersigned counsel, and files this Motion to Temporarily Suspend the Wage Order and to Hold Distributions to Unsecured Creditors, and in support thereof would respectfully show the Court as follows:

1. This case was filed under Chapter 13 of the Bankruptcy Code, and a Chapter 13 plan was proposed and subsequently confirmed by Order of this Court (Dkt. No. 24).

2. Under the confirmed plan, the Debtors were to pay a total of $25,737.70 to unsecured creditors and to pay a secured vehicle claim with interest at 10%.

3. Shortly after the filing of the case, Debtor David Ryan Quave passed away, resulting in significant changes to the Debtor's financial circumstances.

4. Following Mr. Quave's death, Debtor Melissa Quave received life insurance proceeds and other death-related benefits and also has pending claims arising from the death.

5. To date, the Debtors have paid approximately $3,511.64 in regular Chapter 13 plan payments.

6. In addition, the Debtor has paid approximately $38,000 to the Chapter 13 Trustee as a lump-sum payment, which represents an approximate payoff of the case, sufficient to pay 100% to filed claims to date.

7. The funds already paid equal or exceed the total amount needed to pay timely filed claims. The Government Bar date has not passed, but no government claims are expected.

8. The governmental claims bar date has not yet passed. Out of an abundance of caution, the Debtor requests that distributions to unsecured creditors be temporarily held until after that bar date, at which time the total amount of allowed claims can be finally determined.

9. Continuing the wage order under these circumstances serves no purpose and imposes an unnecessary burden on the Debtor.

10. If a governmental claim is later filed that increases the total amount due, the Debtor is willing and able to promptly remit any additional amount required.

11. Suspending the wage order and temporarily holding unsecured distributions will not prejudice any creditor and will promote the efficient administration of the case.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court: Enter an Order temporarily suspending the wage order in this case; direct the Chapter 13 Trustee to hold distributions to unsecured creditors until after the governmental claims bar date; and grant such other and further relief as is just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Temporarily Suspend the Wage Order and to Hold Distributions to Unsecured Creditors was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

      <u>/s/ Thomas C. Rollins, Jr.</u>
      Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>MELISSA DAWN QUAVE<br>DAVID RYAN QUAVE | CASE NO: 25-51449-KMS<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 1/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Temporarily Suspend Wage Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-51449-KMS |
| MELISSA DAWN QUAVE | **CERTIFICATE OF SERVICE** |
| DAVID RYAN QUAVE | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 1/23/2026, a copy of the following documents, described below,

Notice and Motion to Temporarily Suspend Wage Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/23/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51449-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JAN 22 13-49-56 PST 2026 | ALL IN CREDIT UNION<br>CO WELTMAN  WEINBERG  AND REIS CO  LP<br>5990 WEST CREEK RD SUITE 200<br>INDEPENDENCE  OH 44131-2191 | CADENCE BANK<br>PO BOX 789<br>TUPELO  MS 38802-0789 |

EXCLUDE

| | | |
|---|---|---|
| US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 | ALL IN CREDIT UNION<br>CO WELTMAN  WEINBERG AND REIS CO  LPA<br>5990 WEST CREEK RD  SUITE 200<br>INDEPENDENCE  OH 44131-2191 | (P)ALL IN FEDERAL CREDIT UNION<br>PO DRAWER 8<br>DALEVILLE AL 36322-0008 |

| | | |
|---|---|---|
| CADENCE BANK<br>ATTN BANKRUPTCY<br>PO BOX 789<br>TUPELO  MS 38802-0789 | CHARLES FRANK FAIR BARBOUR  ESQ<br>UNDERWOOD LAW FIRM  PLLC<br>COUNSEL FOR CADENCE BANK<br>POST OFFICE BOX 1874<br>MADISON  MISSISSIPPI 39130-1874 | CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 15299<br>WILMINGTON  DE 19850-5299 |

| | | |
|---|---|---|
| COMMUNITY BANK<br>ATTN BANKRUPTCY<br>1905 COMMUNITY<br>BANK WAY<br>FLOWOOD  MS 39232-1220 | COMMUNITY BANK OF MISSISSIPPI<br>ATT  ANGIE LINDSEY<br>732 HOWARD AVE<br>BILOXI  MS 39530-3820 | FRIGO ORTHODONTICS<br>1752 MEDICAL PARK DR<br>BILOXI  MS 39532-2131 |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 | KEESLER FEDERAL CREDIT UNION<br>PO BOX 7001<br>BILOXI  MS 39534-7001 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT  MS 39502-1810 |

| | | |
|---|---|---|
| (P)MERCHANTS ADJUSTMENT SERVICE  INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | RELIASTAR LIFE INSURAN<br>PO BOX 1559<br>HARTFORD  CT 06144-1559 |

EXCLUDE

| | | |
|---|---|---|
| SMB RADIOLOGY<br>PO BOX 1330<br>GULFPORT  MS 39502-1330 | UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 | DAVID RYAN QUAVE<br>21844 BLACKWELL FARM RD<br>SAUCIER  MS 39574-6528 |

DEBTOR                                         EXCLUDE                                        EXCLUDE

| | | |
|---|---|---|
| MELISSA DAWN QUAVE<br>21844 BLACKWELL FARM RD<br>SAUCIER  MS 39574-6528 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | (P)WARREN A  CUNTZ  T1 JR<br>PO BOX 3749<br>GULFPORT MS 39505-3749 |