

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                                                          CHAPTER 13
MELISSA DAWN & DAVID RYAN QUAVE                               CASE NO. 25-51449-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**MELISSA DAWN QUAVE (SSN # XXX-XX-9867)**

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the debtor's employer:

HARRISON COUNTY SCHOOL DISTRICT
11072 HWY 49
GULFPORT, MS 39503

was directed to pay Debtor's wages or a portion thereof to:

WARREN A. CUNTZ, JR. TRUSTEE
P.O. BOX 3749
GULFPORT MS 39505-3749
(228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##