**VOYA**

RELIASTAR LIFE INSURANCE COMPANY
Customer Service
PO Box 1559
HARTFORD, CT 06144-1559

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

FEB 20 2026

Clerk of Court
United States Bankruptcy Court
SOUTHERN DISTRICT OF MISSISSIPPI
501 EAST COURT STREET SUITE 2.300
JACKSON MS 39201

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

February 11, 2026

RE: Participant: MELISSA DAWN QUAVE    Case No. 25-51449-KMS

Dear Clerk of Court

We received your letter entitled "Chapter 13"
Please be advised that MELISSA DAWN QUAVE is a participant in an IRC Section 403(b) tax-deferred annuity plan sponsored by their employer. RELIASTAR LIFE INSURANCE COMPANY (ReliaStar) provides the funding vehicle and administrative services for the plan. All assets contained in the funding vehicle are considered plan assets.

As provided under the plan, MELISSA DAWN QUAVE was permitted to take a loan using their accumulated cash value as collateral. Since the amount borrowed represents monies invested in the annuity contract, the loan withdrawal is more accurately characterized as an advance that was made to the participant from the accumulated retirement assets. As such, we do not believe that the participant created a debtor/creditor relationship with ReliaStar that can be extinguished, or set aside, by the Bankruptcy Court. Therefore, to the extent that ReliaStar is listed as a creditor, the identification of the Company as a creditor is in error. We are aware of no precedent holding that this type of loan, which is a debt between the insurance company and the participant, is extinguishable in bankruptcy. As such, if loan repayments are not made within the prescribed timeframe, the loan will be in default in accordance with Internal Revenue Service guidelines.

If such an event occurs, the defaulted loan will be treated as a distribution and tax will be reported to the participant via IRS Form 1099R. A distribution is subject to federal and state income tax as ordinary income and could be subject to a 10% penalty tax imposed on premature distributions.

Sincerely,

*[signature]*

Annuity Supervisor
ReliaStar Life Insurance Company

Questions? Call: 877-884-5050

Annuities are issued by ReliaStar Life Insurance Company (Minneapolis, MN). Variable annuities are distributed by Voya Financial Partners LLC, (Member SIPC). Both are members of the Voya® family of companies.

**VOYA** FINANCIAL

Customer Service
PO Box 1559
Hartford, CT 06144-1559

US POSTAGE PITNEY BOWES
ZIP 55401 $ 000.641
02 7W
0008037839 FEB 13 2026

FIRST-CLASS
AUTO LETTER

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
FEB 20 2026
Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk

110548V-EB