United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51449-KMS

Melissa Dawn Quave     Chapter 13
David Ryan Quave
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 2
Date Rcvd: Feb 19, 2026    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Melissa Dawn Quave, David Ryan Quave, 21844 Blackwell Farm Rd, Saucier, MS 39574-6528

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Charles Frank Fair Barbour
     on behalf of Creditor Cadence Bank cbarbour@underwoodlawfirm.com  bankruptcies@underwoodlawfirm.com

Thomas Carl Rollins, Jr
     on behalf of Joint Debtor David Ryan Quave trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Melissa Dawn Quave trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6          User: mssbad          Page 2 of 2
Date Rcvd: Feb 19, 2026          Form ID: pdf012          Total Noticed: 1

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 5



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Melissa Dawn Quave                                    Case No. 25-51449-KMS
         David Ryan Quave, Debtors                             CHAPTER 13

### ORDER TEMPORARILY SUSPENDING WAGE ORDER AND
### HOLDING DISTRIBUTIONS TO UNSECURED CREDITORS
(Dkt. #35)

THIS MATTER came before the Court on the Motion to Temporarily Suspend Wage Order and to Hold Distributions to Unsecured Creditors (the "Motion") filed by Debtor Melissa Dawn Quave. The Court, having considered the Motion, the record in this case, and being otherwise fully advised in the premises, finds that the relief requested is well taken and should be granted.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED as follows: The wage order entered in this case is TEMPORARILY SUSPENDED, effective immediately and shall be released by separate order of the court. The Chapter 13 Trustee is authorized and directed to hold distributions to unsecured creditors until after the governmental claims bar date has passed and the total amount of allowed claims in the case can be finally determined. This Order is entered without prejudice to the Trustee's right to resume the wage order or make distributions if additional allowed claims are filed or if further payments are determined to be required under the plan. The Court retains jurisdiction to enforce and interpret this Order.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236, 601-500-5533
ATTORNEY FOR DEBTORS