**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | MELISSA DAWN QUAVE |
| Debtor 2 (Spouse, if filing) | DAVID RYAN QUAVE |
| United States Bankruptcy Court for the: | SOUTHERN  District of MISSISSIPPI (State) |
| Case number | 25-51449 |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy rule 3002.1.

Name of creditor: The Huntington National Bank fka, Cadence Bank

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 0454

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No

☐ Yes.  Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $0.00 |
| 3. Attorney fees | | (3) $0.00 |
| 4. Filing fees and court costs | | (4) $0.00 |
| 5. Bankruptcy/Proof of claim fees | 102425 000000 000000 000000 | (5) $200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $0.00 |
| 7. Property inspection fees | | (7) $0.00 |
| 8. Tax advances (non-escrow) | | (8) $0.00 |
| 9. Insurance advances (non-escrow) | | (9) $0.00 |

| | | |
|---|---|---|
| 10 Property preservation expenses. Specify: | | (10) $0.00 |
| 11. Other. Specify: ATTORNEY   PLAN REVIEW | 102425 000000 000000 000000 | (11) $150.00 |
| 12. Other. Specify: | | (12) $0.00 |
| 13. Other. Specify: | | (13) $0.00 |
| 14. Other. Specify: | | (14) $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002. 1.

| Debtor 1 | MELISSA DAWN QUAVE | Case number (if known) | 25-51449 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Jenny Willis                              Date   3 / 26 / 2026
     Signature

| Print: | JENNY WILLIS | Title | SENIOR BANKRUPTCY SPECIALIST |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Company | THE HUNTINGTON NATIONAL BANK |
|---|---|
| Address | P.O. BOX 789 |
| | Number   Street |
| | TUPELO, MS 38802 |
| | City   State   Zip Code |

| Contact phone | 662-678-7548 | Email JENNY.WILLIS@CADENCEBANK.COM |
|---|---|---|

Official Form 410S2          Notice of Postpetition Mortgage, Fees, Expenses and Charges          page 2

**CERTIFICATE OF SERVICE**

I hereby certify that this day a true and correct copy of the foregoing Notice of Post-petition Mortgage Fees, Expenses, and Charges was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. Warren A. Cuntz, Jr., wcuntzcourt@gport13.com

I further certify that a true and correct copy of the foregoing Notice of Post-petition Mortgage Fees, Expenses, and Charges was mailed first class mail, postage prepaid to the following:

Melissa Dawn Quave
David Ryan Quave
21844 Blackwell Farm Rd.
Saucier, MS  39574

This the 26th day of March 2026.

/s/Jenny Willis
The Huntington National Bank
by: Jenny Willis

**UNDERWOOD**
LAW FIRM

221 Sunnybrook Road, Suite B
Ridgeland, MS 39157

P.O. Box 1874
Madison, MS 39130

underwoodlawfirm.com · 601-981-7773

November 4, 2025

Cadence Bank
Mortgage Loan Center
3400 Avenue H, 2nd Floor
Rosenberg, TX 77477

Tax ID#45-415866
Inv# BK121862

Via Email: MTGFCLINVOICE@CADENCEBANK.CO

RE:  Quave, Melissa
     BK Ch 13 Case No: 25-51449-KMS
     Loan No          0454
     21844 Blackwell Farm Rd., Saucier, MS 39574
     Our File No. 25100275

### BANKRUPTCY INVOICE

ATTORNEY'S FEE
| | |
|---|---|
| Proof of Claim (recoverable)    (10.24.25) | $ 200.00 |
| Proof of Claim (non-recoverable) | 412.50 |
| Plan Review (recoverable) (10.24.25) | 150.00 |
| Plan Review (non-recoverable) | 462.50 |

EXPENSES

$ 0.00

TOTAL DUE                           $    1,225.00

**Terms: Net 15. Legal interest accrues on accounts over 30 days.**



**Office of the Secretary of State**
Jackson, Mississippi

Cadence Bank

Business ID: 645586

The attached 102 pages are true and correct copies of documents filed in the Mississippi Secretary of State's Office pursuant to the Mississippi Code of 1972 Annotated.

This the 02nd day of February, 2026.

Given under my hand and seal of office
the 02nd day of February, 2026

Nitika Hill-Mack, Director of Business Services

Certificate Number: CN26231687
Verify this certificate online at http://corp.sos.ms.gov/corpconv/verifycertificate.aspx

**F0013**
**Fee: $ 50**



**2026070766**

Filed: 01/28/2026 03:32 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

Articles of Merger

*Effective Date of Merger:*  02/01/2026

## Merging Business(es)

| Business ID | Name of Entity | Entity Type | State |
|---|---|---|---|
| | The Huntington National Bank | Profit Corporation | MD |
| 645586 | Cadence Bank | Profit Corporation | MS |

## Survivor Details

*Business ID:*  (not registered)        *Business Name:*  The Huntington National Bank

*State:*  MD        *Entity Type:*  Profit Corporation

*New Principal Office Address:*  41 South High Street
Columbus, OH 43215

A foreign surviving entity choosing not to register with the state of Mississippi may not transact business in Mississippi and agrees that the Mississippi Secretary of State shall be its agent for service of process.

A statement that the plan or merger was approved by shareholders and members or that shareholder/member approval was not required signed by a representative of each company involved in the merger must be attached.