**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | MELISSA DAWN QUAVE |
| Debtor 2 (Spouse, if filing) | DAVID RYAN QUAVE |
| United States Bankruptcy Court for the: | Southern District of Mississippi (State) |
| Case number | 25 - 51449 - KMS |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

Name of claim holder: **CADENCE BANK**

Court claim no. (if known): **3**

Last 4 digits of any number you use to identify the debtor's account: **0 4 5 4**

Property address: **21844 BLACKWELL FARM RD**
Number  Street

**SAUCIER   MS   39574**
City   State   ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

**Part 4:   Postpetition Payments**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:            $ 0.00

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

**Part 5:   Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:            $ 0.00

**Part 6:   A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

☒ /s/ Warren A. Cuntz, Jr.                                    Date  03, 31, 2026
Signature

Trustee     Warren              A.              Cuntz, Jr.
First Name          Middle Name          Last Name

Address     Post Office Box 3749
Number          Street

Gulfport                              MS        39505-3749
City                                        State        ZIP Code

Contact phone  ( 228 ) 831 _ 9531                    Email  wcuntzcourt@gport13.com

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor: Thomas C. Rollins, Jr.

Email address: trollins@therollinsfirm.com

Attorney for Creditor: Charles F.F. Barbour

Email address: cbarbour@underwoodlawfirm.com

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: Cadence Bank

PO Box 789

Tupelo, MS 38802

Debtor (if *pro se*): _____

Creditor's Attorney (if not registered with CMECF):

DATED this the 31st day of MARCH 2026

/s/ _____ WARREN A. CUNTZ, JR. _____
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902