**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Melissa Dawn Quave                                    Case No. 25-51449-KMS
       David Ryan Quave, Debtors                              CHAPTER 13

**ORDER ON MOTION TO WAIVE THE REQUIREMENT TO FILE A**
**CERTIFICATION AND MOTION FOR ENTRY OF DISCHARGE**

THIS CAUSE having come on this date on the Debtors' Motion Waive the Requirement

to File a Certification and Motion for Entry of Discharge as to Co-Debtor, David Ryan Quave,

only (DK # __), the Court having reviewed and considered the facts herein, and there being no

objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Waive the Requirement to

File a Certification and Motion for Entry of Discharge as to Co-Debtor, David Ryan Quave, only

is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR