## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Melissa Dawn Quave**                 **Case No. 25-51449-KMS**
            **David Ryan Quave, Debtors**                       **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the Debtor, Melissa Dawn Quave, pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. Debtor, Melissa Dawn Quave, filed a Suggestion of Death noticing the death of Co-Debtor David Ryan Quave (Dk# 15).

2. Debtor, Melissa Dawn Quave, filed a Motion Waive the Requirement to File a Certification and Motion for Entry of Discharge as to Co-Debtor, David Ryan Quave, only (Dk#48).

3. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, Debtor, Melissa Dawn Quave, completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

F.  If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  We have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor, Melissa Dawn Quave, hereby moves the Court for the entry of a discharge order in this case.

Signed:  **/s/ Melissa Dawn Quave**                                                    **04/03/2026**
          Melissa Dawn Quave                                                       Date

          **/s/ Thomas C. Rollins, Jr**.                                                 **04/06/2026**
          Thomas C. Rollins, Jr., MS Bar No. 103469                   Date
          Attorney for the Debtors
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3.  Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

On April 6, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELISSA DAWN QUAVE
DAVID RYAN QUAVE

CASE NO: 25-51449-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/6/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELISSA DAWN QUAVE
DAVID RYAN QUAVE

CASE NO: 25-51449-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/6/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51449-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON APR 6 8-34-17 PST 2026

ALL IN CREDIT UNION
CO WELTMAN  WEINBERG  AND REIS CO  LP
5990 WEST CREEK RD SUITE 200
INDEPENDENCE  OH 44131-2191

CADENCE BANK
PO BOX 789
TUPELO  MS 38802-0789

THE HUNTINGTON NATIONAL BANK
PO BOX 789
TUPELO MS 38802-0789

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ALL IN CREDIT UNION
CO WELTMAN  WEINBERG AND REIS CO  LPA
5990 WEST CREEK RD  SUITE 200
INDEPENDENCE  OH 44131-2191

(P)ALL IN FEDERAL CREDIT UNION
PO DRAWER 8
DALEVILLE AL 36322-0008

CADENCE BANK
ATTN BANKRUPTCY
PO BOX 789
TUPELO  MS 38802-0789

CHARLES FRANK FAIR BARBOUR  ESQ
UNDERWOOD LAW FIRM  PLLC
COUNSEL FOR CADENCE BANK
POST OFFICE BOX 1874
MADISON  MISSISSIPPI 39130-1874

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

COMMUNITY BANK
ATTN BANKRUPTCY
1905 COMMUNITY
BANK WAY
FLOWOOD  MS 39232-1220

COMMUNITY BANK OF MISSISSIPPI
ATT  ANGIE LINDSEY
732 HOWARD AVE
BILOXI  MS 39530-3820

FRIGO ORTHODONTICS
1752 MEDICAL PARK DR
BILOXI  MS 39532-2131

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT  MS 39502-1810

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

EXCLUDE

RELIASTAR LIFE INSURAN
PO BOX 1559
HARTFORD  CT 06144-1559

SMB RADIOLOGY
PO BOX 1330
GULFPORT  MS 39502-1330

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

EXCLUDE

DAVID RYAN QUAVE
21844 BLACKWELL FARM RD
SAUCIER  MS 39574-6528

MELISSA DAWN QUAVE
21844 BLACKWELL FARM RD
SAUCIER  MS 39574-6528

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749