**Fill in this information to identify the case:**

Debtor 1        MELISSA DAWN QUAVE

Debtor 2        DAVID RYAN QUAVE
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern          District of   Mississippi
                                                                          (State)

Case number   25-51449

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:   Mortgage Information

**Name of claim holder:**   The Huntington National Bank, fka Cadence Bank

**Court claim no.**  (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:   0  4  5  4

**Property address:**

Number        Street
21844 Blackwell Farm Rd.

Saucier, MS  39574
City                          State        ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:   $ 0.00                    .

*Check all that apply:*

❑   The amount required to cure any prepetition arrearage has been paid in full.

❑   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:     $ _____.

❑   The amount required to cure any postpetition arrearage has been paid in full.

❑   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:     $ _____.

**Part 3:**          **Postpetition Payments**

(a)  *Check all that apply:*

☑  The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐  The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:      ____/_____/_____.

☑  The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  | | |
|---|---|---|
| i. Date last payment was received on the mortgage: | 4 / 8 / 2026 |
| ii. Date next postpetition payment from the debtor is due: | 5 / 1 / 2026 |
| iii. Amount of the next postpetition payment that is due: | $ 2,843.00 |
| iv. Unpaid principal balance of the loan: | $ 386,067.09 |
| v. Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. Balance of the escrow account: | $4,019.16 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 24.00 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 350.00 *Please See PPFN (Dkt 44) filed 3/26/26 |

**Part 4**          **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:    Sign Here**

The person completing this response must sign it. Check the appropriate box:

☑   I am the claim holder.

☐   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖  /s/Jenny Willis                                                    Date   4 / 9 /2026
Signature

Name      Jenny Willis
First name                    Middle name                    Last name

Title     Senior Mortgage Bankruptcy Specialist

Company   The Huntingtong National Bank
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   P.O. Box  789
Number           Street

Tupelo                                          MS            38802
City                                            State         ZIP Code

Contact phone   662-678-7548                          Email  jenny.willis@cadencebank.com

## CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing Response to Trustee's Notice of Disbursements Made was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. Warren A. Cuntz, Jr., wcuntzcourt@gport13.com

I further certify that a true and correct copy of the foregoing Response to Trustee's Notice of Disbursements Made was mailed first class mail, postage prepaid to the following:

Melissa Dawn Quave
David Ryan Quave
21844 Blackwell Farm Rd.
Saucier, MS  39574

This the 9th day of April 2026.

/s/Jenny Willis
The Huntington National Bank
by: Jenny Willis



**Office of the Comptroller of the Currency**

Washington, DC 20219

## CERTIFICATE OF NATIONAL BANK MERGER

I, Jonathan Gould, Comptroller of the Currency, do hereby certify that:

1. The Office of the Comptroller of the Currency, pursuant to Revised Statutes 324, et seq, as amended, and 12 USC 1, et seq, as amended, has possession, custody, and control of all records pertaining to the chartering, regulation, and supervision of all national banking associations.

2. Effective February 1, 2026, "Cadence Bank", Tupelo Mississippi merged with and into "The Huntington National Bank", Columbus, Ohio.  The resulting bank charter is "The Huntington National Bank", charter number 7745.

IN TESTIMONY WHEREOF, today, March 31, 2026, I have hereunto subscribed my name and caused my seal of office to be affixed to these presents at the U.S. Department of the Treasury, in the City of Washington, District of Columbia.

_____
Comptroller of the Currency



2026-00803-C

**File a Claim action:**

25-51449-KMS Melissa Dawn Quave and David Ryan Quave

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 6 (Gulfport-6 Divisional Office) |
| Assets: y | Judge: KMS | Case Flag: Confirmed |

**U.S. Bankruptcy Court**

**Southern District of Mississippi**

Notice of Electronic Filing

The following transaction was received from entered on 3/26/2026 at 12:22 PM CDT and filed on 3/26/2026
**Case Name:**          Melissa Dawn Quave and David Ryan Quave
**Case Number:**       25-51449-KMS
**Document Number:** 44

**Docket Text:**
Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 3) with Certificate of Service Filed by Creditor The Huntington National Bank. (Willis, Jennifer)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2026-3-26 Notice of Postpet Mtg Fees, Expenses, and Charges Quave 0454.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1059593727 [Date=3/26/2026] [FileNumber=21234099-
0] [a8cb588d31cf1c52edd8bf9d0005e25ac0f1f808d402b8a21703816da4bfbfa0dc
65a3e9a717f9a7f05a7c5d612094058b4007c0c3781b67b27d53d2ee9c58ca]]

**25-51449-KMS Notice will be electronically mailed to:**

Charles Frank Fair Barbour on behalf of Creditor Cadence Bank
cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com

Warren A. Cuntz T1, Jr.
wcuntzcourt@gport13.com, waccourt1@gmail.com

Thomas Carl Rollins, Jr on behalf of Debtor Melissa Dawn Quave
trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileet

Thomas Carl Rollins, Jr on behalf of Joint Debtor David Ryan Quave
trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileet

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**25-51449-KMS Notice will not be electronically mailed to:**

ALL IN CREDIT UNION
c/o Weltman, Weinberg, and Reis Co., L.P
5990 West Creek Rd Suite 200
Independence, OH 44131

The Huntington National Bank
P.O. Box 789
Tupelo, MS 38802

**Fill in this information to identify the case:**

Debtor 1    MELISSA DAWN QUAVE

Debtor 2    DAVID RYAN QUAVE
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN     District of    MISSISSIPPI
                                                                 (State)

Case number    25-51449

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy rule 3002.1.

Name of creditor: The Huntington National Bank fka, Cadence Bank      Court claim no. (if known):   3

Last 4 digits of any number you use to identify the debtor's account:    0454

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No

☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
| --- | --- | --- |
| 1. Late charges | | (1) $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $0.00 |
| 3. Attorney fees | | (3) $0.00 |
| 4. Filing fees and court costs | | (4) $0.00 |
| 5. Bankruptcy/Proof of claim fees | 102425 000000 000000 000000 | (5) $200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $0.00 |
| 7. Property inspection fees | | (7) $0.00 |
| 8. Tax advances (non-escrow) | | (8) $0.00 |
| 9. Insurance advances (non-escrow) | | (9) $0.00 |

Official Form 410S2      Notice of Postpetition Mortgage, Fees, Expenses and Charges      page 1

| | | |
|---|---|---|
| 10 Property preservation expenses. Specify: | | (10) $0.00 |
| 11. Other. Specify: ATTORNEY    PLAN REVIEW | 102425 000000 000000 000000 | (11) $150.00 |
| 12. Other. Specify: | | (12) $0.00 |
| 13. Other. Specify: | | (13) $0.00 |
| 14. Other. Specify: | | (14) $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002. 1.

---

Debtor 1      MELISSA DAWN QUAVE
              First Name      Middle Name      Last Name

Case number (If known)      25-51449

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Jenny Willis                                Date    3 / 26 / 2026
    Signature

Print:       JENNY WILLIS                    Title    SENIOR BANKRUPTCY SPECIALIST
             First Name   Middle Name   Last Name

Company      THE HUNTINGTON NATIONAL BANK

Address      P.O. BOX 789
             Number   Street

             TUPELO, MS 38802
             City   State   Zip Code

Contact phone    662-678-7548              Email JENNY.WILLIS@CADENCEBANK.COM

## **CERTIFICATE OF SERVICE**

I hereby certify that this day a true and correct copy of the foregoing Notice of Post-petition Mortgage Fees, Expenses, and Charges was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. Warren A. Cuntz, Jr., wcuntzcourt@gport13.com

I further certify that a true and correct copy of the foregoing Notice of Post-petition Mortgage Fees, Expenses, and Charges was mailed first class mail, postage prepaid to the following:

Melissa Dawn Quave
David Ryan Quave
21844 Blackwell Farm Rd.
Saucier, MS  39574

This the 26th day of March 2026.

/s/Jenny Willis
The Huntington National Bank
by: Jenny Willis

# UNDERWOOD
## LAW FIRM

221 Sunnybrook Road, Suite B
Ridgeland, MS 39157

underwoodlawfirm.com · 601-981-7773

P.O. Box 1874
Madison, MS 39130

November 4, 2025

Cadence Bank
Mortgage Loan Center
3400 Avenue H, 2nd Floor
Rosenberg, TX 77477

Tax ID#45-415866
Inv# BK121862

Via Email: MTGFCLINVOICE@CADENCEBANK.CO

RE:  Quave, Melissa
     BK Ch 13 Case No: 25-51449-KMS
     Loan No          0454
     21844 Blackwell Farm Rd., Saucier, MS 39574
     Our File No. 25100275

## BANKRUPTCY INVOICE

ATTORNEY'S FEE

| | |
|---|---:|
| Proof of Claim (recoverable)    (10.24.25) | $        200.00 |
| Proof of Claim (non-recoverable) | 412.50 |
| Plan Review (recoverable) (10.24.25) | 150.00 |
| Plan Review (non-recoverable) | 462.50 |

EXPENSES

$           0.00

TOTAL DUE                                    $     1,225.00

**Terms: Net 15. Legal interest accrues on accounts over 30 days.**



**Office of the Secretary of State**
Jackson, Mississippi


Cadence Bank


Business ID: 645586

The attached 102 pages are true and correct copies of documents filed in the Mississippi Secretary of State's Office pursuant to the Mississippi Code of 1972 Annotated.

This the 02nd day of February, 2026.


Given under my hand and seal of office
the 02nd day of February, 2026

Nitika Hill-Mack, Director of Business Services


Certificate Number: CN26231687
Verify this certificate online at http://corp.sos.ms.gov/corpconv/verifycertificate.aspx

**F0013**
**Fee: $ 50**



**2026070766**

Filed: 01/28/2026 03:32 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

Articles of Merger

*Effective Date of Merger:*  02/01/2026

## Merging Business(es)

| Business ID | Name of Entity | Entity Type | State |
|---|---|---|---|
| | The Huntington National Bank | Profit Corporation | MD |
| 645586 | Cadence Bank | Profit Corporation | MS |

## Survivor Details

*Business ID:*  (not registered)     *Business Name:*  The Huntington National Bank

*State:*  MD     *Entity Type:*  Profit Corporation

*New Principal Office Address:*  41 South High Street
Columbus, OH 43215

A foreign surviving entity choosing not to register with the state of Mississippi may not transact business in Mississippi and agrees that the Mississippi Secretary of State shall be its agent for service of process.

A statement that the plan or merger was approved by shareholders and members or that shareholder/member approval was not required signed by a representative of each company involved in the merger must be attached.