United States Bankruptcy Court

Southern District of Mississippi

In re:

Melissa Dawn Quave

David Ryan Quave

    Debtors

Case No. 25-51449-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: 3180W | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa Dawn Quave, David Ryan Quave, 21844 Blackwell Farm Rd, Saucier, MS 39574-6528 |
| cr | + | The Huntington National Bank, P.O. Box 789, Tupelo, MS 38802-0789 |
| 5580049 | + | Charles Frank Fair Barbour, Esq., UNDERWOOD LAW FIRM, PLLC, Counsel for Cadence Bank, Post Office Box 1874, Madison, Mississippi 39130-1874 |
| 5580710 | + | Community Bank of Mississippi, Att: Angie Lindsey, 732 Howard Ave, Biloxi, MS 39530-3820 |
| 5569497 | + | Frigo Orthodontics, 1752 Medical Park Dr, Biloxi, MS 39532-2131 |
| 5569499 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5569502 | | ReliaStar Life Insuran, P.O. Box 1559, Hartford, CT 06144-1559 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | May 29 2026 19:37:00 | ALL IN CREDIT UNION, c/o Weltman, Weinberg, and Reis Co., L.P, 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/Text: mtgbankruptcy@cadencebank.com | May 29 2026 19:37:00 | Cadence Bank, P.O. Box 789, Tupelo, MS 38802-0789 |
| 5594257 | + | Email/Text: BKRMailOps@weltman.com | May 29 2026 19:37:00 | ALL IN CREDIT UNION, c/o Weltman, Weinberg and Reis co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 5569493 | | Email/Text: AllInBankruptNotifications@allincu.com | May 29 2026 19:37:00 | All in Credit Union, Attn: Bankruptcy, Po Drawer 8, Daleville, AL 36322 |
| 5569494 | + | Email/Text: mtgbankruptcy@cadencebank.com | May 29 2026 19:37:00 | Cadence Bank, Attn: Bankruptcy, P.O. Box 789, Tupelo, MS 38802-0789 |
| 5569495 | + | EDI: JPMORGANCHASE | May 29 2026 23:31:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5569496 | + | Email/Text: jill.johnson@communitybank.net | May 29 2026 19:37:00 | Community Bank, Attn: Bankruptcy, 1905 Community, Bank Way, Flowood, MS 39232-1220 |
| 5580527 | + | Email/Text: RASEBN@raslg.com | May 29 2026 19:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5569498 | + | Email/Text: melissa.martin@kfcu.org | May 29 2026 19:37:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 5569500 | | Email/Text: sheri@masinc.org | May 29 2026 19:37:00 | Merchants ADJ Service, P.O. Box 7511, Mobile, AL 36670 |
| 5569501 | | Email/Text: EBN@Mohela.com | | |

District/off: 0538-6      User: mssbad      Page 2 of 2

Date Rcvd: May 29, 2026      Form ID: 3180W      Total Noticed: 18

May 29 2026 19:37:00     Mohela, 633 Spirit Drive, Chesterfield, MO 63005

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5580050 | *+ | Charles Frank Fair Barbour, Esq., UNDERWOOD LAW FIRM, PLLC, Counsel for Cadence Bank, Post Office Box 1874, Madison, Mississippi 39130-1874 |
| 5569503 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | on behalf of Creditor Cadence Bank cbarbour@underwoodlawfirm.com  bankruptcies@underwoodlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor David Ryan Quave trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Melissa Dawn Quave trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Melissa Dawn Quave** | Social Security number or ITIN | **xxx–xx–9867** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **David Ryan Quave** | Social Security number or ITIN | **xxx–xx–2069** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25–51449–KMS**

---

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Melissa Dawn Quave**                    **David Ryan Quave**

Dated: <u>5/29/26</u>

**By the court:**          <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                          **Chapter 13 Discharge**                          page 2